UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MYRTLE M. MCNEAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 5:10-CV-011-C <br> ECF |

## **ORDER**

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed a Report and Recommendation on December 29, 2010, and Plaintiff filed objections to the Report and Recommendation on January 11, 2011. The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.

It is, therefore, **ORDERED** that Plaintiff's objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is hereby **DISMISSED**.

Dated January 28, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE